Case 2:07-cv-00118-MCE-DAD   Document 3   Filed 01/18/07   Page 1 of 1

07-CV-0118
MCE-DAD

FILED
JAN 1 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

December 28, 2006

Dear Sir or Madam,

Please provide me with an address of the party I should serve these documents; also I may need a sample of a proof of service. Please kindly explain my further actions and the aproximate time I have to wait for the result of my petition.

Respectfully submitted,
Aleksandr Yabolev
ID # 116482, C-pod
P.O. Box 1031
Marysville, CA 95501