# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

Aleksandr Yakovlev

Petitioner,

Case No. 2:07-CV-0118-MCE-DAD (HC)

[leave blank for court to fill in]

JOHN ASHCROFT, Attorney General; CHARLES DEMORE, District Director of the Immigration and Naturalization Service, San Francisco, California; UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

**FILED**

JAN 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

**IMPORTANT:** √ CHECK AND SIGN ONLY ONE SECTION OF THIS FORM.

---

☑ *CONSENT* TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 12/28/06

Signature: _____
Booking Number: 116482
Alien Number: A# 77421631

---

☐ *DECLINE* OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. § 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature: _____
Booking Number: _____
Alien Number: _____