**FILED**
FEB 0 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**ALEKSANDR YAKOULER,** *
Plaintiff(s)/Petitioner(s),    * Aleksandr YAKOVLEV

vs.

CASE NO. 2:07-CV-00118-MCE-DAD

**JOHN ASHCROFT,** **
Defendant(s)/Respondents(s). **Current Attorney General is Alberto Gonzales

---

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☑  **CONSENT** TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 1/28/2007    Signature: _____

Print Name: ALEKSANDR YAKOVLEV
☑ Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for ***

---

☐  **DECLINE** OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for ***

---

***If representing more than one party, counsel must indicate name of each party responding.

\* The correct name ~~~~~~~~ is ALEKSANDR YAKOVLEV
\** The current Attorney General is Alberto Gonzales