# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Attorney of Record <br> <u>Aleksandr Yakovlev v Gonzales et al.</u> <br> CIV S 07-0118 MCE DAD | March 1, 2007 |

| To | From |
|---|---|
| Docketing Clerk <br> U.S. District Court | Audrey Hemesath <br> Assistant U.S. Attorney |

      Assistant U.S. Attorney Audrey Hemesath is the attorney of record and the lead attorney to be noticed for the respondents in the above-referenced case.

      Thank you for your assistance in this matter.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 1, 2007, she served a copy of

### Attorney of Record Memorandum

placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which are the last known address(es), and by depositing said envelopes and their contents in the United States Mail at Sacramento, California.

SERVED BY U.S. MAIL

Aleksandr Yakovlev
#116482
Yuba County Jail
P.O. Box 1031
Marysville, CA 95901


                                    /s/ Jeanette Glenn
                                    JEANETTE GLENN