McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDR YAKOVLEV, | CV-S-07-118 MCE DAD |
| Petitioner, | |
| v. | |
| ALBERTO GONZALES et. al. | **RESPONDENTS' RESPONSE; MOTION TO DISMISS FOR MOOTNESS** |
| Respondents. | |

Respondents respectfully move to dismiss the petition for writ of habeas corpus for mootness, as petitioner Aleksandr Yakovlev was released from custody on an order of supervision on February 20, 2007. *See* Attachment A (DACS Custody Summary Inquiry, page 2).

Because petitioner has been released on an order of supervision, and is no longer in detention, his habeas petition challenging the length of his confinement is moot, and the petition should be dismissed. *Cf. Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner).

1  Dated: May 1, 2007                    Respectfully Submitted,

2                                        McGREGOR W. SCOTT
                                         United States Attorney
3

4
                                   By:   _/s/ Audrey B. Hemesath_____
5                                        Audrey B. Hemesath
                                         Assistant U.S. Attorney
6