A-NUM: 076868847         LAST NAME: SINGH
DCO: SFR                 FIRST NAME: GURBINDER              NATLTY: INDIA

        CHG-DOC-ISSUED: 08/19/1998      DATE-WA-ISSUED: 10/31/2003
        CHG-DOC-SERVED: 08/24/1998      DATE-WA-SERVED: 11/04/2003
                                        CONSUL-NOTIF:

        BOND-AMT-REQUIRED: NOBOND       BOND-TERM-STATUS: B
        BOND-AMT-POSTED: 020000         DATE-BOND-POSTED: 11/04/2003

        STAT-RECOG-SUPER:               DATE-STATUS-RECOG-SUPER:

        DET-LOC-ID: KERCOCA             DATE-BOOKED-IN: 04/06/2006
        DATE-RELEASED: 01/30/2007       RELEASED-TO: DEP

        DATE-ENTERED:  04/07/2006       VR-USM:
        DET-FAC-TYPE:  NSD              DET-DCO: SFR

                                                       PF7 - DET LOC ID LIST
                    COMMAND: CUST    A-NUM: 076868847
FIRST PAGE OF DATA

```
DAX409A                    DACS CUSTODY SUMMARY INQUIRY              DATE: 04/23/2007
                                                                     TIME: 18:41:40
```

```
A-NUM: 077421691        LAST NAME: YAKOVLEV
DCO: SFR                FIRST NAME: ALEKSANDR OLEGOVICH         NATLTY: RUSSI

        CHG-DOC-ISSUED: 12/21/1998        DATE-WA-ISSUED: 12/21/1998
        CHG-DOC-SERVED:                   DATE-WA-SERVED: 12/21/1998
                                          CONSUL-NOTIF:

        BOND-AMT-REQUIRED: 000500         BOND-TERM-STATUS: B
        BOND-AMT-POSTED:   000500         DATE-BOND-POSTED: 02/11/2000

        STAT-RECOG-SUPER:                 DATE-STATUS-RECOG-SUPER:

        DET-LOC-ID: YUBAJCA               DATE-BOOKED-IN: 08/23/2006
        DATE-RELEASED: 02/20/2007         RELEASED-TO: OSUP

        DATE-ENTERED:  08/23/2006         VR-USM:
        DET-FAC-TYPE:  NSD                DET-DCO: SFR

                                                              PF7 - DET LOC ID LIST
                     COMMAND: CUST     A-NUM: 077421691
FIRST PAGE OF DATA
```