# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ALEKSANDR YAKOVLEV,**

CASE NO: **2:07–CV–00118–MCE–DAD**

v.

**JOHN ASHCROFT,**

_____

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8109/07**

          **Victoria C. Minor**
          Clerk of Court

ENTERED: **August 10, 2007**

          by: /s/ J. Anderson_____
                Deputy Clerk